Cynthia M. MALESKI, Insurance Commissioner of the Commonwealth of Pennsylvania in Her Capacity as Liquidator of Pennsylvania Independent Business Association, et al.

v.

HEALTH MARKET, INC., Worlco Financial Services, et al.

Appeal of QUEST FINANCIAL GROUP INC., et al.

Cynthia M. MALESKI, Insurance Commissioner of the Commonwealth of Pennsylvania in Her Capacity as Liquidator of Pennsylvania Independent Business Association, et al.

v.

HEALTH MARKET, INC., Worlco Financial Services, et al.

Appeal of Joseph ROBBINS, Wayne Holler, Leonard Sherman, and Arnold Harris.

Supreme Court of Pennsylvania.

Submitted Oct. 8, 1993 and Dec. 15, 1993.
Decided March 24, 1994.

Don Bailey, Harrisburg, for appellant.

Andre L. Dennis, Sandra A. Girifalco, and Francis X. Manning, Philadelphia, for Independence Blue Cross.

Victoria A. Reider, Acting Chief Counsel, Heidi B. Hamman Shakely, Deputy Chief Counsel and Karl F. Frantz, Sp. Funds Counsel PA Ins. Dept., for appellees.

Before NIX, C.J., FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and CASTILLE, JJ., and MONTEMURO, Senior Judge.

*ORDER*

PER CURIAM.

The orders of the Commonwealth Court are affirmed.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.